# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1570
Lower Tribunal No. 2017-CF-011773-A-O

_____

TARHARNEY DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and KAMOUTSAS, JJ., concur.


Tarharney Davis, Panama City, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED